Thomas McGreal, administrator of the estate of Francis Patrick McGreal, deceased, plaintiff in error, v. John Tiberi, trading as Brighton Paving Company, defendant in error. Gen. No. 37,502.

Opinion filed December 31, 1934.

Murphy O. Tate, Charles C. Spencer, Charles A. Nowak and Charles C. Bombaugh, for plaintiff in error. Miller, Gorham, Wales & Adams, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.